ACCEPTED
03-14-00402-CR
5578386
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 10:39:58 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00402-CR

| | | |
|---|---|---|
| REX ALLEN NISBETT | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 10:39:58 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on June 8, 2015.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. Appellant's brief was filed in this Court on May 8, 2015.

4. Mr. Prezas filed a State's brief in 03-13-00794-CR, *State v. Yazdi*, on April 21, 2015. Mr. Prezas recently filed the State's proposed findings of fact and conclusions of law on May 21, 2015, in *Ex Parte Rolando Bacon Lopez*, 10-1053-K368A, a habeas corpus proceeding. Mr. Prezas has also recently filed proposed findings of fact and conclusions of law in the following other habeas corpus proceedings: *Ex Parte Robert Jesse Padilla*, 06-937-K368A; *Ex Parte Robert Jesse*

1

*Padilla,* 06-921-K368A; *Ex Parte Daniel Robert Lock*, 94-085-K277A; *Ex Parte Daniel Robert Lock* 97-780-K277A

5. Mr. Prezas filed a State's brief on or before May 21, 2015, in response to the Court of Criminal Appeals granting the State's petition for discretionary review in *John Alan Wachtendorf,* PD-0280-15. Mr. Prezas submitted a State's Motion to Dismiss in *State vs. Gregory Michael Klapesky* 03-15-00244-CR on June 5, 2015.

6. Currently, Mr. Prezas is evaluating a request for DNA testing under Chapter 64 in 03-1063-K277 *State vs. Gregory Michael Klapesky* and is working towards the July 1, 2015, due date for the State's brief in *State vs. James Alan Weatherford* 03-14-00527-CR.

7. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of June 8, 2015, to August 7, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to August 7, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

/s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on June 8, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Kristen, 207 S. Austin Ave., Georgetown, TX 78626, by eservice at Kristen@txcrimapp.com.

/s/ John C. Prezas
John C. Prezas

3